**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| CHINH Q. PHAM, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:07-cv-25-SEB-JMS |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date:   05/23/2007
_____

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Chinh Q. Pham
No. 89163-011
Terre Haute - USP
P.O. Box 12015
Terre Haute, IN 47801

Gerald Coraz
Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048